**Order entered October 16, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00954-CV

**MICHAEL MILLER, Appellant**

**V.**

**GEORGE M. HARIZ, M.D., ET AL., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-04020-D**

## ORDER

Before the Court is appellant's October 12, 2017 agreed first motion seeking a sixty-day extension of time to file a brief. We **GRANT** the motion **TO THE EXTENT** that appellant shall file a brief by **November 15, 2017**.

/s/    CRAIG STODDART
        JUSTICE